

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
January 19, 2018
_____

**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Bar No: 11624
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787
nvbk@tblaw.com

Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A
16-74483

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Bk Case No.: 15-15696-mkn |
| Ralph Steven Lewis | Date:  01/17/2018<br>Time: 1:30 PM |
| | Chapter 13 |
| Debtor | |

### ORDER TERMINATING AUTOMATIC STAY FOR LIMITED PURPOSES

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is terminated *only for the limited purpose* of allowing Secured Creditor, Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A, to

record a Corrected Assignment Of Deed of Trust for the subject property generally described as 2470 Citrus Garden Circle, Henderson, NV 89052-2398.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

**Submitted by:**

**TIFFANY & BOSCO, P.A**

By: /s/Jason C. Kolbe, Esq
**Jason C. Kolbe, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:
Ralph Lewis
Pro Se

**APPROVED / DISAPPROVED**

By:
Rick A. Yarnall
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____ The court has waived the requirements set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

____ approved the form of this order          _X_ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

____ appeared at the hearing, waived the right to review the order

____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

____ approved the form of this order          ____ disapproved the form of this order

____ waived the right to review the order and/or     ____ failed to respond to the document

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:

/s/ Jason C. Kolbe., Esq.

Jason C. Kolbe, Esq.
Attorney for secured Creditor