

Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
July 27, 2018

_____

Ralph Steven Lewis, Pro se
2470 Citrus Garden Circle
Henderson, Nevada 89052
T: 702 624 8145
E: rslewis2425@gmail.com
Representing:
Ralph Steven Lewis, Debtor

**RE: Wells Fargo Bank, N.A. Business Direct Division, CLAIM #4**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK Case No.: 15-15696-mkn |
| --- | --- |
| Ralph Steven Lewis | **ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM**<br><br>Date:  July 12, 2018<br>Time: 2:30 p.m<br>**Chapter 13** |
| Debtor | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO PROOF OF CLAIM #4
OF WELLS FARGO BANK, N.A. BUSINESS DIRECT DIVISION**

On the above captioned date and time, the Court considered the Debtor's objection to

proof of Claim #4, which was filed by Ryan Kelley, VP, Loan Administrative Manager, Wells

Fargo Bank, N.A. Business Direct Division on behalf of WELLS FARGO BANK, N.A.

BUSINESS DIRECT DIVISION, the Claimant, on or about October 22, 2015 in the amount of

$3,180.19 as an Unsecured Creditor represented by an Account Summary dated 02/17/12 and having a corporate account number ending with 1175. Mr. Lewis appeared pro se, and the Court indicated proper notice was given and no opposition was filed or presented at the date and time indicated for the hearing. Therefore, due to the failure of the Claimant to file a timely written response to the objection, the Court deems the Debtor's claim objection to be unopposed and, therefore, the Court finds that just cause exists for the entry of the following order:

IT IS THEREFORE ORDERED that Debtor's Objection to Proof of Claim #4 filed by Claimant is SUSTAINED, and FURTHER ORDERED that CLAIM #4 filed by Ryan Kelley, VP, Loan Administrative Manager, Wells Fargo Bank, N.A. Business Direct Division on behalf of Wells Fargo Bank, N.A. Business Direct Division is a FALSE CLAIM and is hereby Disallowed in its entirety.

Dated this 14th day of July, 2018

Respectfully Submitted

*[signature]*

Ralph Steven Lewis, Pro se
2470 Citrus Garden Circle
Henderson, Nevada 89052
T: 702 624 8145
E: rslewis2425@gmail.com

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_ I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

_/s/ Ralph Steven Lewis_

Ralph Steven Lewis, Pro se
2470 Citrus Garden Circle
Henderson, Nevada 89052
T: 702 624 8145
E: rslewis2425@gmail.com