E-Filed August 27, 2018

James B. Ball (#5212)
Ball, Santin & McLeran, PLC
1975 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
(702) 380-8095
ball@bsmplc.com
Attorney for Santander Consumer USA Inc.

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Ralph Steven Lewis,<br><br>Debtor. | No.  15-15696-mkn<br><br>Chapter 13<br><br>**STIPULATION TO VACATE ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM AND TO VACATE HEARING**<br><br>**DATE:  9/5/2018**<br>**TIME:  2:30 pm**<br>**THIRD FLOOR,**<br>**COURTROOM NO. 2**<br>**300 LAS VEGAS BLVD. SOUTH** |

Santander Consumer USA Inc. ("Santander") and Ralph Steven Lewis (the "Debtor") stipulate as follows:

**Recitals:**

    **A.**    Santander filed its proof of claim in this matter on November 3, 2015, Claim No. 6-1 (the "Claim").

    **B.**    Pursuant to the Claim, Santander alleged it held a purchase money security interest in the following described property:

        2007 Ford Explorer/VIN 1FMEU31K17UB15314

(the "Vehicle").

BALL, SANTIN & MCLERAN, PLC
1975 VILLAGE CENTER CIRCLE, SUITE 140
LAS VEGAS, NEVADA 89134
(702) 380-8095

**C.**      Santander filed a motion for stay relief related to the Vehicle on April 10, 2017. Dkt. 55.

**D.**      An order terminating the automatic stay with respect to the Vehicle was entered on June 6, 2017.  Dkt. 68.

**E.**      The Debtor filed his Objection to the Claim on February 7, 2018 (the "Objection"). Dkt. 103.

**F.**      The Court entered its order sustaining the Debtor's Objection on March 16, 2018 (the "Order"). Dkt. 111.

**G.**      Santander filed its Motion to Vacate the Order on August 5, 2018 (the "Motion"). Dkt. 141.

**H.**      Santander alleged in its Motion, among other things, that the Objection had not been properly served and that Debtor should have proceeded with an adversary complaint.  Debtor contests those allegations.

**I.**      On August 10, 2018, Santander agreed to retrieve and take possession of the Vehicle and Debtor agreed to release and did in fact release the Vehicle to Santander.

**J.**      The parties wish to resolve the Motion without further litigation.

Accordingly, Santander and the Debtor agree as follows:

Agreement:

**1.**      The Order shall be vacated.

**2.**      Santander waives any claim it may have to recover a deficiency following liquidation of the Vehicle, regardless of whether a discharge is ever entered in this bankruptcy or if the case is dismissed.  Except for Santander's secured claim, which will be satisfied in full through liquidation of the Vehicle, the parties release each other from

BALL, SANTIN & MCLERAN, PLC
1975 VILLAGE CENTER CIRCLE, SUITE 140
LAS VEGAS, NEVADA 89134
(702) 380-8095

1  any and all claims, known or unknown, arising from or related to the Vehicle or the

2  Claim.

3      **3.**      The hearing scheduled for September 5, 2018, at 2:30 shall be vacated.

4      **4.**      Nothing in this stipulation shall be deemed an admission by either party of

5  the allegations set forth in the Objection or Motion.

6              DATED this 27th day of August, 2018.

7

8                              Ball, Santin & McLeran, PLC

9

10                             By /s/ James B. Ball #5212
                                   James B. Ball
                                   1975 Village Center Circle, Suite 140
11                                 Las Vegas, Nevada  89134
                                   Attorney for Santander Consumer USA Inc.
12

13

14                                 Ralph Steven Lewis
                                   2470 Citrus Garden Circle
15                                 Henderson, NV 89052
                                   Debtor

16

17

18  COPIES of the foregoing mailed
    the 27th day of August, 2018, to:
19

20  Rick A. Yarnall
    701 Bridger Avenue, Suite 820
21  Las Vegas, NV  89101
    Trustee
22
            /s/ Lorena Barajas
23  _____

BALL, SANTIN & MCLERAN, PLC
1975 VILLAGE CENTER CIRCLE, SUITE 140
LAS VEGAS, NEVADA 89134
(702) 380-8095