_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
September 18, 2018

---

**TIFFANY & BOSCO, P.A**
Jason C. Kolbe, Esq.
Nevada Bar No. 11624
10100 W. Charleston Boulevard, Suite 220
Las Vegas, NV 89135
Telephone: 702 258-8200
Fax: 702 258-8787
nvbk@tblaw.com

**Attorney for Secured Creditor**
Wilmington Savings Fund Society, FSB, as trustee for Stanwich Mortgage Loan Trust A
16-74483

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In Re: | Bk Case No.: 15-15696-mkn |
|---|---|
| Ralph Steven Lewis, | Date: August 22, 2018 |
|  | Time:   1:30 pm |
| Debtor. | Chapter 13 |

### ORDER DENYING MOTION FOR RELIEF FROM AUTOMATIC STAY WITHOUT PREJUDICE

This matter having come before the Court on August 22, 2018 on Movant's Motion for Relief from Automatic Stay, and the Court having hearing positions and statements of the parties involved, and pursuant to this Court's ruling and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Relief from Automatic Stay is hereby DENIED without prejudice.

**Submitted by:**

**TIFFANY & BOSCO, P.A**

By: /s/Jason C. Kolbe
**Jason C. Kolbe, Esq.**, Attorney for Secured Creditor

**APPROVED / ~~DISAPPROVED~~**

By: *(signature)*
**Ralph Steven Lewis**, Pro se Debtor

**APPROVED / DISAPPROVED**

By:_____
Rick A. Yarnall, Chapter 13 Trustee